IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:20-CR-00384-N |
| | § | |
| VINSON WOODLEE (1) | § | |

## SENTENCING SCHEDULING ORDER

The sentencing hearing is scheduled for **March 13, 2023** at 9:30 a.m. The probation officer must furnish the presentence report to the Court, the defendant's counsel, and the attorney for the government before **February 6, 2023** at 5:00 p.m.

The parties must deliver to the court, the probation officer and the opposing party their objections, if any, to the presentence report within 14 days of the receipt of the presentence report. If there are no objections, the party must submit a statement adopting the report.

The probation officer must deliver any addendum to the presentence report to the Court, the defendant's counsel and counsel for the government at least 14 days before the sentencing hearing. Counsel will then have 7 days before the sentencing to deliver to the court, the probation officer and opposing counsel any objections to the addendum.

Defendant's counsel shall submit any written materials, such as letters, notes and/or other items, for consideration to the Court and the probation officer at least 7 days before sentencing.

Any motion regarding downward or upward departures must be filed at least 14 days before sentencing. Any response in opposition to such a motion must be filed at least 7 days before sentencing.

ORDER – PAGE 1

In any case in which 18 U.S.C. §§ 3663-64 apply, no later than 5 days from the date of this order the attorney for the government must provide to the probation officer all information that the officer needs to comply with crime victim restitution requirements. If during the presence report investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the probation officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32. The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general hearth records, adjustment while incarcerated records and release dates from the TYC. Counsel should direct any questions regarding this Order to Carla Moore, Court Coordinator, at 214-753-2706.

Signed January 6, 2023.

_____
David C. Godbey
Chief United States District Judge