IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:20-CR-384-N |
| VINSON WOODLEE | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS**

Pursuant to Rule 48(a), Fed.R.Crim.P., the United States of America files this Motion to Dismiss the indictment returned on or about August 19, 2020 (dkt. 1). Therefore, the government is moving to dismiss all charges in the interests of justice and ask that this case be closed.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/Marty Basu*
MARTY BASU
Assistant United States Attorney
Texas State Bar No. 00784584
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8812
Email: marty.basu@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Vinson Woodlee and they confirmed that they do not oppose the granting of the motion.

/s/ *Marty Basu*
Marty Basu